OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICIAL BOX 12308 CAPITOL STATION AUSTIN, TEXAS 787...
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

ZIP 78701  $ 000.27
02 1W
0001401623 JUN. 19. 2015

6/18/2015                                    COA Case No. 11-15-000...
Hernandez, Jesus Daniel     Tr. Ct. No. CR37498              PD...

On this day, this Court has granted the Appellant's Pro Se motion for an extens...
of time in which to file the Petition for Discretionary Review. The time to file th...
petition has been extended to August 1... 2... NO FURTHER EXTENSIONS
WILL BE ENTERTAINED. NOTE: Petition for Discretionary Review must be filed
with The Court of Criminal Appeals.

Abel Acosta, Clerk

**RETURN TO SENDER**

JESUS DANIEL HERNANDEZ